```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMASINA TARA COCHRAN,

                          Plaintiff,

-against-

TRANSUNION, LLC,

                          Defendant.

24-CV-1447 (MKV)

**ORDER OF SERVICE**

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff, who is appearing *pro se*, brings this action under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, alleging that Defendant TransUnion reported incomplete and inaccurate information on her credit report. By order dated March 8, 2024, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

**DISCUSSION**

    Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

    To allow Plaintiff to effect service on Defendant TransUnion through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served a summons and the complaint until the Court reviewed the complaint and ordered that a summons be issued. The Court therefore extends the time to serve until 90 days after the date a summons is issued.

Return form ("USM-285 form") for the defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon the defendant.

If the complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for Defendant TransUnion, complete the USM-285 form with the address for the defendant, deliver all documents necessary to effect service on the defendant to the U.S. Marshals Service, and mail Plaintiff an information package.

**SO ORDERED.**

Dated:   March 12, 2024
         New York, New York

*Mary Kay Vyskocil*
_____
MARY KAY VYSKOCIL
United States District Judge

## **DEFENDANT AND SERVICE ADDRESS**

TransUnion, LLC
c/o Prentice-Hall Corporation System
80 State Street
Albany, NY 12207